UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESLEY TANKSLEY, et al.,                    )<br>                              Plaintiffs,     )<br>                                                            )<br>vs.                                                          )<br>                                                            )<br>                                                            )<br>BAY VIEW LAW GROUP, P.C., et al.,      )<br>                              Defendants.  ) | Case No. 12-cv-1149-CM-TJJ |

## **MEMORANDUM AND ORDER**

The Court has before it a Second Renewed Motion to Withdraw as Counsel for Defendant Jedediah Thurkettle (ECF No. 77) filed by attorneys Camron L. Hoorfar and Lauren Hill of the Law Office of Camron Hoorfar, P.C.  Counsel request that they be allowed to withdraw from this action with respect to their client, Defendant Jedediah N. Thurkettle.  The deadline for filing a response to the Motion to Withdraw has passed and no response has been filed.  As the relief requested would leave the client without counsel, movants must satisfy the requirements of D. Kan. Rule 83.5.5(a).  Upon review, the Court concludes that the motion should be granted.

For the reasons stated in the Second Renewed Motion to Withdraw, good cause exists for counsel to withdraw, in that Mr. Thurkettle has refused to communicate with his attorneys since December 30, 2013, despite counsel's best efforts.[1]

Movants have shown that Mr. Thurkettle was personally served a copy of the Court's Scheduling Order and a copy of the Motion to Withdraw as Counsel for Jedediah Thurkettle on

---

[1] *See* ECF No. 77 at 1-2.

June 23, 2014, after the Court denied counsel's Renewed Motion to Withdraw for failure to personally serve Mr. Thurkettle.[2]

From the date of service of this Order on the parties to this action, no further notices, papers or pleadings are to be served upon withdrawing counsel. All further notices, papers or pleadings to Defendant Jedediah Thurkettle shall be served on him at the following address:

> 1011 Brioso Drive
> Suite 101
> Costa Mesa, CA 92627

Movants are hereby authorized to withdraw as counsel of record for Defendant Jedediah Thurkettle in this case.

**IT IS THEREFORE ORDERED** that the Second Renewed Motion to Withdraw as Counsel for Defendant Jedediah Thurkettle (ECF No. 77) is granted.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 28th day of July, 2014.

s/ Teresa J. James
Teresa J. James
United States Magistrate Judge

---

[2] *See id.* at 2.